IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAVE LONG BEACH ISLAND, a nonprofit corporation, P.O. Box 579, Ship Bottom, NJ 08008; ROBERT STERN, Ph.D., an individual; FRANK AND NANCY PINO, individuals; BROOKS GARRISON, an individual; RICH AND GWYN GABALY, individuals; DEE WARD, an individual; and LORI GOLDSCHMIDT AND CLAY GOLDSCHMIDT, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLANTIC SHORES OFFSHORE WIND, LLC<br><br>Defendant. | Civil Action No. 3:24-cv-09377-ZNQ-RLS<br><br>Hon. Zahid N. Quraishi, U.S.D.J.<br>Hon. Rukhsanah L. Singh, U.S.M.J.<br><br><br>**CONSENT ORDER** |

THIS MATTER having been opened to the Court by the Plaintiffs in order to withdraw without prejudice their motion for a preliminary injunction, and the parties having agreed to the schedule set forth below, and for good cause shown,

IT IS on this 16th day of October, 2024,

ORDERED that:

1. Plaintiffs' motion for a preliminary injunction dated September 13, 2024, is hereby withdrawn without prejudice; and

2. Defendant shall answer, move, or otherwise respond to the Complaint within sixty (60) days of the entry of this Consent Order.

Hon. Rukhsanah L. Singh, U.S.M.J.

1