UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAVE LONG BEACH ISLAND, a nonprofit corporation, P.O. Box 579, Ship Bottom, NJ 08008; ROBERT STERN, Ph.D., an individual; FRANK AND NANCY PINO, individuals; BROOKS GARRISON, an individual; RICH AND GWYN GABALY, individuals; DEE WARD, an individual; and LORI GOLDSCHMIDT AND CLAY GOLDSCHMIDT, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLANTIC SHORES OFFSHORE WIND, LLC<br><br>Defendant. | No. 3:24-cv-09377-ZNQ-RLS<br><br>Hon. Zahid N. Quraishi, U.S.D.J.<br>Hon. Rukhsanah L. Singh, U.S.M.J.<br><br>Civil Action<br><br>**CONSENT ORDER** |

THIS MATTER having been opened to the Court by the Defendant, and the parties having agreed to the schedule set forth below, and for good cause shown,

**ORDERED** that the Motion to Dismiss of Defendant may be filed on or before **January 27, 2025.**

So Ordered this 17th day of December, 2024

_____
Hon. Zahid N. Quraishi
United States District Judge

Consented as to form and entry by:

By: /s/ Thomas Stavola, Jr.      By: /s/ Steven T. Senior
     Thomas Stavola, Jr., Esq.           Steven T. Senior, Esq.

LAW OFFICE OF THOMAS STAVOLA JR. LLC
209 County Road 537
Colts Neck, NJ 07722
tstavolajr@stavolalaw.com
(732) 539-7244

*Counsel for Plaintiffs*

RIKER DANZIG LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962
ssenior@riker.com
(973) 538-0800

*Counsel for Defendant*

4921-1501-5942, v. 1