

**Steven T. Senior**
Partner

<u>Direct</u>:
t: 973.451.8507
f: 973.538.1984
ssenior@riker.com

7 Giralda Farms, Suite 250
Madison, NJ 07940-1051

June 20, 2025

**Via ECF**

Hon. Zahid N. Quraishi, U.S.D.J.
Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street
Trenton, NJ 08608

Re: <u>Save Long Beach Island et al. v. Atlantic Shores Offshores Wind, LLC</u>,
Docket No. 3:24-cv-09377-ZNQ-RLS (D.N.J.)
Joint Status Letter

Dear Judge Quraishi and Judge Singh:

This firm represents Defendant Atlantic Shores Offshore Wind, LLC ("Atlantic Shores") in the above-referenced matter. As requested in the Text Order dated June 12, 2025 (ECF No. 22), the parties provide this joint letter regarding the status of this matter.

Atlantic Shores' Motion to Dismiss or, in the Alternative, to Order Plaintiffs to Join Necessary Parties dated January 27, 2025 (ECF No. 19), is fully briefed and pending before the Court. Plaintiffs acknowledge that the federal approvals on which Atlantic Shores relies in making its preemption arguments in its Brief in Support of its Motion to Dismiss remain valid and in effect. (<u>See</u> ECF No. 19-1, at 4-8; 10-22)

The parties discussed the possibility that Plaintiffs might voluntarily dismiss their complaint without prejudice. However, the parties could not agree on mutually acceptable terms for a stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) and Plaintiffs intend to continue this action in view of the federal approvals which remain valid and in effect. Therefore, the parties await the Court's decision on Atlantic Shores' pending motion to dismiss.

Respectfully submitted,

<u>s/ Steven T. Senior</u>

Steven T. Senior

4934-3805-4991, v. 2